## Gingrich *v.* Hess, Appellant.

Argued Oct. 25, 1905. Appeal, No. 66, Oct. T., 1905, by defendant, from order of C. P. Lebanon Co., June T., 1904, No. 289, discharging rule to stay execution in case of John A. Gingrich v. Abram Hess and J. Lansing Mines. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., March 12, 1906 :

The questions raised in this case are precisely the same as in the case of the Davis Coal & Coke Company against Hess et al., *ante*, p. 193. For the reasons there given the appeal is dismissed.